IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNEST BENAVENTE,**

      **Plaintiff,**

      vs.                                    CIV. NO. 1:21-cv-00235-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

**ORDER ON DEFENDANT'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendant's Second Unopposed Motion for Extension of Time to file Defendant's response brief (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 5, 2022, to file a response to Plaintiff's opening brief, and Plaintiff shall have until January 19, 2022, to file a reply.

SIGNED:  December 6, 2021

                                                        BY THE COURT:

                                                        _____

                                                        STEPHAN M. VIDMAR
                                                        United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Filed Electronically 12/6/2021*
MELISSA C. SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 12/6/2021*
LAURA J. JOHNSON
Attorney for Plaintiff