IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST BENAVENTE,

      Plaintiff,

  vs.                                    CIV. NO. 1:21-cv-0235-SMV

KILOLO KIJAKAZI,
**Acting Commissioner of
Social Security,**

      Defendant.

## ORDER ON DEFENDANT'S
## UNOPPOSED MOTION TO REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS

    Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings (Doc. 23).

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SIGNED:  December 21, 2021

BY THE COURT:

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Filed Electronically 12/17/21*
MELISSA C. SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 12/17/21*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff