IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNEST BENAVENTE,

    Plaintiff,

v.                                                             21-cv-0235 SMV

**KILOLO KIJAKAZI,**

Acting Commissioner of Social Security Administration,[1]

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings [Doc. 23], in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                                                                                                          **STEPHAN M. VIDMAR**
                                                                                                                                                          **United States Magistrate Judge**
                                                                                                                                                          **Presiding by Consent**

---

[1] *See* Fed. R. Civ. P. 25(d).